**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LISA RITTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:23-cv-4117 |
| LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lisa Ritter, Plaintiff in the above-entitled and numbered cause, and files this it’s List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

Lisa Ritter is the Plaintiff and financially interested in the outcome of this litigation.

Marc Whitehead is Plaintiff’s attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: /s/ Anthony Vessel
J. Anthony Vessel
Tex. Bar No. 24084019
Fed. I.D. No. 1692384
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-2860
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
LISA RITTER