**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04117** |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND MOTIONS DEADLINE**

Plaintiff Lisa Ritter and Defendant The Lincoln National Life Insurance Company file this Joint Motion to Extend Motions Deadline and show the Court as follows:

1. On January 23, 2024, the Court entered a Scheduling/Docket Control Order (Document 10). Pursuant to that Order, Motions must be filed by November 12, 2024.

2. Plaintiff and Defendant are currently discussing a potential settlement in this matter and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Progress has been made, but these discussions have not yet been completed. Accordingly, the Parties respectfully request that the Court extend the deadline December 17, 2024, so the Parties can fully explore settlement options and schedule a mediation without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

3. The Parties anticipate that if a settlement is not reached, this matter will be fully resolved upon the Court's consideration of the parties' cross motions for summary judgment.

4. This Joint Motion to Extend Deadlines is not filed for purpose of delay, but only so that justice may be done.

## PRAYER

The Parties request the Court enter an Order extending the deadline for submission of Motions until and including December 17, 2024.

Dated this 12th day of November 2024.

Respectfully submitted,

By: /s/ J. Anthony Vessel (w/permission)
J. Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Email: anthony@marcwhitehead.com
Marc Whitehead & Associates
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel, Attorney-in-Charge
Email: anthony@marcwhitehead.com

November 12, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers