**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04117** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Scheduling Order. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including December 17, 2024, to submit Motions.

**SIGNED** this ______ day of ____________________, 2024.

______________________________
UNITED STATES DISTRICT JUDGE