United States District Court
Southern District of Texas
**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04117** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Scheduling Order. ECF No. 12. Upon reviewing the Motion, the Court finds that it should be **DENIED WITHOUT PREJUDICE**. Parties are seeking to extend the non-dispositive and dispositive motions deadline to December 17, 2024; the Joint Pretrial Order and motions *in limine* deadline to March 3, 2025; and the jury trial date to March 10, 2025. But the non-dispositive and dispositive motions deadline must be set, at minimum, to be 90 days before the trial date. And the Joint Pretrial Order and motions *in limine* deadline must be set to the Monday before trial. Should parties wish to move the remaining deadlines, they must file an updated Motion that complies with these requirements.

**IT IS SO ORDERED.**

**SIGNED** this 15th day of November, 2024.

UNITED STATES DISTRICT JUDGE