**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04117** |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Modify Scheduling Order. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including December 17, 2024, to submit Motions. It is further

ORDERED that the Jury Trial in this matter is reset to March 17, 2025. The parties shall file the Joint Pretrial Order on or before March 10, 2025.

**SIGNED** this ______ day of ____________________, 2024.

______________________________________
UNITED STATES DISTRICT JUDGE