United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv04117** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Modify Scheduling Order. ECF No. 14. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including December 17, 2024, to submit dispositive and non-dispositive motions (except motions *in limine*). It is further

ORDERED that the Jury Trial in this matter is reset to March 17, 2025 at 9:00 a.m. The parties shall file the Joint Pretrial Order and motions *in limine* on or before March 10, 2025.

**SIGNED** this 21st day of November, 2024.

______________________________
UNITED STATES DISTRICT JUDGE