United States District Court
Southern District of Texas
ENTERED
January 14, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA RITTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-04117** |
| | § | |
| **LINCOLN NATIONAL LIFE INSURANCE CO.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 16. In accordance with that stipulation and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th day of January, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE